

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 21, 2021

The Honorable Andrew E. Krause
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Jarrett Crisler, Jr., a/k/a "Jayecee,"* **21-mj-00774**

Dear Judge Krause:

      The Government writes to respectfully request that the Court unseal the above-referenced complaint and arrest warrant, as we have been advised that the defendant has been arrested.

                             Respectfully submitted,

                             AUDREY STRAUSS
                             United States Attorney

      By:     */s/ Shiva H. Logarajah*

                             Shiva H. Logarajah
                             Assistant United States Attorney

SO ORDERED:

*/s/ Andrew E. Krause*

HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
January 21, 2021